UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DWAYNE A. BOWMAN, | |
| Plaintiff, | Case No. 1:05-cv-16 |
| v. | Honorable Robert Holmes Bell |
| JOHN E. POTTER, | |
| | **JUDGMENT** |
| Defendant. | |

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that plaintiff's objections to the magistrate judge's report and recommendation (docket # 30) are OVERRULED, the report and recommendation (docket # 28) is ADOPTED as the court's opinion, defendant's Rule 12(b)(6) motion (docket # 14) is GRANTED, and plaintiff's complaint is hereby DISMISSED.

Date:   November 2, 2005            /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE